IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

LARA FASHION LIMITED and NEW FAIRSEL LIMITED,

                         Plaintiffs,

        against                                                   CIVIL ACTION NO.: 18 Civ. 9105 (SLC)

                                                                  **ORDER**

HABIB ARAZI, et al.,

                         Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

During the Telephone Conference held on Tuesday, November 5, 2019, the Court found and ordered the following.  Based on the parties' confirmation, the Court finds that Defendants' production of bank records has been completed.  By close of business **Wednesday, November 6, 2019**, Defendants are **ORDERED** to serve on Plaintiffs, signed and verified responses to Plaintiffs' amended interrogatories.  By **Tuesday, November 12, 2019**, the parties are **ORDERED** to confer regarding Defendants' production of their QuickBooks records, and Defendants shall request the QuickBooks records from their accountant and produce them to Plaintiffs.

The parties are **ORDERED** to file a joint status report, by **Tuesday, November 12, 2019**, regarding the resolution of these final written discovery matters.

Dated:      New York, New York
             November 5, 2019

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

2