UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARA FASHION LIMITED and NEW FAIRSEL LIMITED,

        Plaintiffs,

against

HABIB ARAZI, et al.,

        Defendants.

CIVIL ACTION NO.: 18 Civ. 9105 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted two telephone conferences today, November 22, 2019, at 1:00 pm and 3:30 pm. The Court finds that Defendants have produced the outstanding discovery, so Plaintiffs' Letter-Motion for a Local Rule 37.2 Conference (ECF No. 44) is **DENIED** as moot. Plaintiffs' Letter-Motion for an extension of time to complete discovery (ECF No. 48) is **GRANTED**.

The parties are **ORDERED** to complete fact discovery by **Friday, January 3, 2020**; file dispositive motions by **Monday, February 3, 2020**; and submit a proposed pretrial order by **Tuesday, March 3, 2020** or, if dispositive motions are filed, 30 days after the final decision on any such motion.

The Clerk of Court is respectfully directed to close ECF Nos. 44 and 48.

Dated:   New York, New York
         November 22, 2019

                                        SO ORDERED

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**