UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARA FASHION LIMITED and NEW FAIRSEL
LIMITED,

                              Plaintiffs,

           against                                              CIVIL ACTION NO.: 18 Civ. 9105 (SLC)

                                                                        **ORDER**

HABIB ARAZI, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Conference was held today, April 14, 2020 regarding Plaintiffs' Letter-Motion for a Local Rule 37.2 Conference to enforce settlement terms. (ECF No. 63). Defendants did not appear. Plaintiffs' Letter-Motion is GRANTED. Plaintiffs are directed to file their motion to enforce settlement terms by **Thursday, May 14, 2020**; Defendants' response is due by **Monday, June 15, 2020**; and Plaintiffs' reply is due by **Monday, June 29, 2020**.

The Clerk of Court is respectfully directed to close ECF No. 63.

Dated:        New York, New York
              April 14, 2020

                                          SO ORDERED

                                          _____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**