UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARA FASHION LIMITED and NEW FAIRSEL LIMITED,

                Plaintiffs,

against

HABIB ARAZI, et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 9105 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Conference was held today, May 21, 2020, regarding the parties' settlement negotiations. (See ECF Nos. 63, 67). The parties are directed to file a joint status report by **Thursday, June 4, 2020** stating whether the parties have finalized a settlement agreement and, if not, how Plaintiffs intend to move the case forward.

Dated:    New York, New York
            May 21, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**