UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARA FASHION LIMITED and NEW FAIRSEL LIMITED,

          Plaintiffs,

against

HABIB ARAZI, et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 9105 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were directed to file a joint letter by Thursday, June 11, 2020, stating whether their settlement terms had been finalized. (ECF No. 71). If not finalized, Plaintiffs were to file their motion to enforce the parties' prior settlement terms. (Id.) The parties failed to comply with the Court's Order and are directed to file, by **Tuesday, June 16, 2020**, a joint letter explaining their failure and the status of finalizing the settlement.

Dated:    New York, New York
            June 15, 2020

                                        SO ORDERED

                                        _/s/ Sarah L. Cave_____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**